*Thursday, April 25, 1996*

## RECONSIDERATION DOCKET

**95–2279.** Feichtner v. Ohio Dept. of Transp. *Franklin County*, No. 95API01–47. Reported at 75 Ohio St.3d 1411, 661 N.E.2d 759. On motion for reconsideration. Motion granted; *sua sponte,* discretionary appeal allowed and merit briefing to proceed.

MOYER, C.J., and RESNICK, J., dissent.

STRATTON, J., not participating.